922 F.2d 832
 Nargi (Louis E.)
v.
Carol Management, Inc., Country Contracting, Inc., Cheff
(Philip, Marsha), Lombardi (Charles), Ludwig (Ronald),
Marchitelli (Anthony), Marcus (Steven I.), Patierno
(Richard), Kaskel (Howard) Schragis (Alvin), Lewis (Roger
Dean), Parker (Mel), Huegel (erhard), Pensabene (Jack),
Thrope (Robert), Finney (Fred)
 NO. 90-5535
 United States Court of Appeals,
Third Circuit.
 DEC 26, 1990
 
 Appeal From: D.N.J.,
 Rappaport, J.
 
 
 1
 AFFIRMED.